## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: HILLIGUS, BRUCE EUGENE § | Case No. 14-03873-3G7 |
| HILLIGUS, KELLI KAYE § | |
| § | |
| Debtor(s) § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 07, 2014. The undersigned trustee was appointed on August 07, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of                $           3,501.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 140.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of [1]         $           3,361.00

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/10/2015 and the deadline for filing governmental claims was 02/03/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $875.25. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $875.25, for a total compensation of $875.25.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $90.21, for total expenses of $90.21.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/01/2016         By: /s/Gregory K. Crews
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| **Case Number:** | 14-03873-3G7 | **Trustee:** | (290900) | Gregory K. Crews |
|---|---|---|---|---|
| **Case Name:** | HILLIGUS, BRUCE EUGENE | **Filed (f) or Converted (c):** | 08/07/14 (f) | |
| | HILLIGUS, KELLI KAYE | **§341(a) Meeting Date:** | 09/12/14 | |
| **Period Ending:** | 02/01/16 | **Claims Bar Date:** | 01/10/15 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Real estate and improvements located at 103, Car   Orig. Description: Real estate and improvements located at 103, Carlos Court Palatka, FL 32177 (to be retained); Imported from original petition Doc# 1 | 145,000.00 | 0.00 | | 0.00 | FA |
| 2   Checking, savings or other financial accounts, c   Orig. Description: Vystar checking account ending in 5153 Location: Vystar, PO Box 45085,Jacksonville, FL, 32232-5085; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 3   Checking, savings or other financial accounts, c   Orig. Description: First Coast Community Credit Union, checking account ending in 8271 Location: First Coast Community Credit Union, 306, South Plam Avenue, Palatka, FL 32177; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 4   Checking, savings or other financial accounts, c   Orig. Description: Savings Acct ending in 6156 Location: Florida Rural Electric Credit Union, PO, Box 1697, Tallahassee, FL 32302; Imported from original petition Doc# 1 | 76.53 | 76.53 | | 76.53 | FA |
| 5   Checking, savings or other financial accounts, c   Orig. Description: Checking Acct ending in 6156 Location: Florida Rural Electric Credit Union, PO, Box 1697, Tallahassee, FL 32302; Imported from original petition Doc# 1 | 60.05 | 60.05 | | 60.05 | FA |
| 6   Checking, savings or other financial accounts, c   Orig. Description: Capital City Checking Account; Imported from original petition Doc# 1 | 52.10 | 52.10 | | 52.10 | FA |
| 7   Checking, savings or other financial accounts, c   Orig. Description: First Coast Community Credit Union Saving Account, jointly held with Elbert Morgan, collateral for loan; Imported from original petition Doc# 1 | 14,859.49 | 0.00 | | 0.00 | FA |
| 8   Checking, savings or other financial accounts, c   Orig. Description: Capital City Savings Account; | 50.00 | 50.00 | | 50.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 14-03873-3G7  
**Case Name:** HILLIGUS, BRUCE EUGENE  
　　　　　　　HILLIGUS, KELLI KAYE  
**Period Ending:** 02/01/16

**Trustee:** (290900) Gregory K. Crews  
**Filed (f) or Converted (c):** 08/07/14 (f)  
**§341(a) Meeting Date:** 09/12/14  
**Claims Bar Date:** 01/10/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Imported from original petition Doc# 1 | | | | | |
| 9  Household goods and furnishings, including audio<br>　Orig. Description: Furniture for 3 bedroom home Location: 103 Carlos Court Palatka, FL 32177; Imported from original petition Doc# 1 | 2,000.00 | 612.32 | | 612.32 | FA |
| 10  Household goods and furnishings, including audio<br>　Orig. Description: Appliances: Refrigerator, Microwave, Dishwasher Location: 103 Carlos Court Palatka, FL 32177; Imported from original petition Doc# 1 | 800.00 | 800.00 | | 800.00 | FA |
| 11  Wearing apparel.<br>　Orig. Description: Misc Clothing Location: 103 Carlos Court, Palatka FL 32177; Imported from original petition Doc# 1 | 200.00 | 100.00 | | 100.00 | FA |
| 12  Furs and jewelry.<br>　Orig. Description: Wedding rings, diamond earrings Location: 103 Carlos Court, Palatka FL 32177; Imported from original petition Doc# 1 | 750.00 | 750.00 | | 750.00 | FA |
| 13  Interests in insurance policies.  Name insurance<br>　Orig. Description: Insurance: Policy on self Location: Farm Bureau, PO Box 78, Jackson, MS, 39205-0078; Imported from original petition Doc# 1 | 25,000.00 | 0.00 | | 0.00 | FA |
| 14  Interests in insurance policies.  Name insurance<br>　Orig. Description: Insurance: Policy on Self Location: Statefarm, 7401 Cypress Gardens, Boulevard, Winter Haven, FL 33888-0007; Imported from original petition Doc# 1 | 100,000.00 | 0.00 | | 0.00 | FA |
| 15  Interests in IRA, ERISA, Keogh, or other pension<br>　Orig. Description: Retirement: 401-K Location: National Rural Electric Cooperative, Association, PO Box 6127, Lincoln, NE 68506; Imported from original petition Doc# 1 | 125,000.00 | 0.00 | | 0.00 | FA |
| 16  Automobiles, trucks, trailers and other vehicles<br>　Orig. Description: 2011 Jeep Wrangler, VIN # 1J4AA2D13BL585183, Mileage 40,000 Location: 103 | 22,000.00 | 1,000.00 | | 1,000.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 14-03873-3G7  
**Case Name:** HILLIGUS, BRUCE EUGENE  
HILLIGUS, KELLI KAYE  
**Period Ending:** 02/01/16

**Trustee:** (290900) Gregory K. Crews  
**Filed (f) or Converted (c):** 08/07/14 (f)  
**§341(a) Meeting Date:** 09/12/14  
**Claims Bar Date:** 01/10/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Carlos Court Palatka, FL 32177; Imported from original petition Doc# 1 |  |  |  |  |  |
| 17 | TAX REFUNDS-U (u)<br>  2014 TAX REFUND KEPT BY IRS FOR 2013 BACK TAXES OWED | 0.00 | 0.00 |  | 0.00 | FA |
| 17 | **Assets** **Totals** (Excluding unknown values) | **$435,848.17** | **$3,501.00** |  | **$3,501.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

  2/1/16 TFR prepared.

**Initial Projected Date Of Final Report (TFR):**  November 15, 2015   **Current Projected Date Of Final Report (TFR):**  February 1, 2016 (Actual)

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** 14-03873-3G7 | **Trustee:** Gregory K. Crews (290900) |
| **Case Name:** HILLIGUS, BRUCE EUGENE | **Bank Name:** Rabobank, N.A. |
| HILLIGUS, KELLI KAYE | **Account:** ******6066 - Checking Account |
| **Taxpayer ID #:** **-***2683 | **Blanket Bond:** $32,583,498.00 (per case limit) |
| **Period Ending:** 02/01/16 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/08/14 | | Kelli Hilligus | Payment pursuant to court order dated 11/5/14 Doc #18 | | 291.75 | | 291.75 |
| | {4} | | Acct #1; Payment #1   6.38 | 1129-000 | | | 291.75 |
| | {5} | | Acct #1; Payment #1   5.00 | 1129-000 | | | 291.75 |
| | {6} | | Acct #1; Payment #1   4.34 | 1129-000 | | | 291.75 |
| | {8} | | Acct #1; Payment #1   4.17 | 1129-000 | | | 291.75 |
| | {9} | | Acct #1; Payment #1   51.03 | 1129-000 | | | 291.75 |
| | {10} | | Acct #1; Payment #1   66.67 | 1129-000 | | | 291.75 |
| | {11} | | Acct #1; Payment #1   8.33 | 1129-000 | | | 291.75 |
| | {12} | | Acct #1; Payment #1   62.50 | 1129-000 | | | 291.75 |
| | {16} | | Acct #1; Payment #1   83.33 | 1129-000 | | | 291.75 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 281.75 |
| 01/09/15 | | Kelli Hilligus | Payment pursuant to court order dated 11/5/14 Doc #18 | | 291.75 | | 573.50 |
| | {4} | | Acct #1; Payment #2   6.38 | 1129-000 | | | 573.50 |
| | {5} | | Acct #1; Payment #2   5.00 | 1129-000 | | | 573.50 |
| | {6} | | Acct #1; Payment #2   4.34 | 1129-000 | | | 573.50 |
| | {8} | | Acct #1; Payment #2   4.17 | 1129-000 | | | 573.50 |
| | {9} | | Acct #1; Payment #2   51.03 | 1129-000 | | | 573.50 |
| | {10} | | Acct #1; Payment #2   66.67 | 1129-000 | | | 573.50 |
| | {11} | | Acct #1; Payment #2   8.33 | 1129-000 | | | 573.50 |
| | {12} | | Acct #1; Payment #2   62.50 | 1129-000 | | | 573.50 |
| | {16} | | Acct #1; Payment #2   83.33 | 1129-000 | | | 573.50 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 563.50 |
| 02/06/15 | | Kelli Hilligus | Payment pursuant to court order dated 11/5/14 Doc #18 | | 291.75 | | 855.25 |
| | {4} | | Acct #1; Payment #3   6.38 | 1129-000 | | | 855.25 |
| | {5} | | Acct #1; Payment #3   5.00 | 1129-000 | | | 855.25 |
| | {6} | | Acct #1; Payment #3   4.34 | 1129-000 | | | 855.25 |
| | {8} | | Acct #1; Payment #3   4.17 | 1129-000 | | | 855.25 |
| | {9} | | Acct #1; Payment #3   51.03 | 1129-000 | | | 855.25 |
| | {10} | | Acct #1; Payment #3   66.67 | 1129-000 | | | 855.25 |
| | {11} | | Acct #1; Payment #3   8.33 | 1129-000 | | | 855.25 |
| | {12} | | Acct #1; Payment #3   62.50 | 1129-000 | | | 855.25 |
| | {16} | | Acct #1; Payment #3   83.33 | 1129-000 | | | 855.25 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 845.25 |
| 03/06/15 | | Kelli  Hilligus | Payment pursuant to court order dated 11/5/14 | | 291.75 | | 1,137.00 |

Subtotals :   $1,167.00   $30.00

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 14-03873-3G7  
**Case Name:** HILLIGUS, BRUCE EUGENE  
HILLIGUS, KELLI KAYE  
**Taxpayer ID #:** **-***2683  
**Period Ending:** 02/01/16

**Trustee:** Gregory K. Crews (290900)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6066 - Checking Account  
**Blanket Bond:** $32,583,498.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Doc #18 | | | | | |
| | {4} | | Acct #1; Payment #4 | 6.38 | 1129-000 | | | 1,137.00 |
| | {5} | | Acct #1; Payment #4 | 5.00 | 1129-000 | | | 1,137.00 |
| | {6} | | Acct #1; Payment #4 | 4.34 | 1129-000 | | | 1,137.00 |
| | {8} | | Acct #1; Payment #4 | 4.17 | 1129-000 | | | 1,137.00 |
| | {9} | | Acct #1; Payment #4 | 51.03 | 1129-000 | | | 1,137.00 |
| | {10} | | Acct #1; Payment #4 | 66.67 | 1129-000 | | | 1,137.00 |
| | {11} | | Acct #1; Payment #4 | 8.33 | 1129-000 | | | 1,137.00 |
| | {12} | | Acct #1; Payment #4 | 62.50 | 1129-000 | | | 1,137.00 |
| | {16} | | Acct #1; Payment #4 | 83.33 | 1129-000 | | | 1,137.00 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,127.00 |
| 04/17/15 | | Kelli Hilligus | Payment pursuant to court order dated 11/5/14 Doc #18 | | | 291.75 | | 1,418.75 |
| | {4} | | Acct #1; Payment #5 | 6.38 | 1129-000 | | | 1,418.75 |
| | {5} | | Acct #1; Payment #5 | 5.00 | 1129-000 | | | 1,418.75 |
| | {6} | | Acct #1; Payment #5 | 4.34 | 1129-000 | | | 1,418.75 |
| | {8} | | Acct #1; Payment #5 | 4.17 | 1129-000 | | | 1,418.75 |
| | {9} | | Acct #1; Payment #5 | 51.03 | 1129-000 | | | 1,418.75 |
| | {10} | | Acct #1; Payment #5 | 66.67 | 1129-000 | | | 1,418.75 |
| | {11} | | Acct #1; Payment #5 | 8.33 | 1129-000 | | | 1,418.75 |
| | {12} | | Acct #1; Payment #5 | 62.50 | 1129-000 | | | 1,418.75 |
| | {16} | | Acct #1; Payment #5 | 83.33 | 1129-000 | | | 1,418.75 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,408.75 |
| 05/18/15 | | Bruce Hilligus | Payment pursuant to court order dated 11/5/14 Doc #18 | | | 291.75 | | 1,700.50 |
| | {4} | | Acct #1; Payment #6 | 6.38 | 1129-000 | | | 1,700.50 |
| | {5} | | Acct #1; Payment #6 | 5.00 | 1129-000 | | | 1,700.50 |
| | {6} | | Acct #1; Payment #6 | 4.34 | 1129-000 | | | 1,700.50 |
| | {8} | | Acct #1; Payment #6 | 4.17 | 1129-000 | | | 1,700.50 |
| | {9} | | Acct #1; Payment #6 | 51.03 | 1129-000 | | | 1,700.50 |
| | {10} | | Acct #1; Payment #6 | 66.67 | 1129-000 | | | 1,700.50 |
| | {11} | | Acct #1; Payment #6 | 8.33 | 1129-000 | | | 1,700.50 |
| | {12} | | Acct #1; Payment #6 | 62.50 | 1129-000 | | | 1,700.50 |
| | {16} | | Acct #1; Payment #6 | 83.33 | 1129-000 | | | 1,700.50 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,690.50 |
| 06/26/15 | | Kelli Hilligus | Payment pursuant to court order dated 11/5/14 Doc #18 | | | 291.75 | | 1,982.25 |

Subtotals :     $875.25     $30.00

{} Asset reference(s)

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 14-03873-3G7  
**Case Name:** HILLIGUS, BRUCE EUGENE  
HILLIGUS, KELLI KAYE  
**Taxpayer ID #:** **-***2683  
**Period Ending:** 02/01/16  

**Trustee:** Gregory K. Crews (290900)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6066 - Checking Account  
**Blanket Bond:** $32,583,498.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | {4} | | Acct #1; Payment #7;<br>Payment pursuant to<br>court order dated<br>11/5/14 Doc #18 | 6.38 | 1129-000 | | | 1,982.25 |
| | {5} | | Acct #1; Payment #7;<br>Payment pursuant to<br>court order dated<br>11/5/14 Doc #18 | 5.00 | 1129-000 | | | 1,982.25 |
| | {6} | | Acct #1; Payment #7;<br>Payment pursuant to<br>court order dated<br>11/5/14 Doc #18 | 4.34 | 1129-000 | | | 1,982.25 |
| | {8} | | Acct #1; Payment #7;<br>Payment pursuant to<br>court order dated<br>11/5/14 Doc #18 | 4.17 | 1129-000 | | | 1,982.25 |
| | {9} | | Acct #1; Payment #7;<br>Payment pursuant to<br>court order dated<br>11/5/14 Doc #18 | 51.03 | 1129-000 | | | 1,982.25 |
| | {10} | | Acct #1; Payment #7;<br>Payment pursuant to<br>court order dated<br>11/5/14 Doc #18 | 66.67 | 1129-000 | | | 1,982.25 |
| | {11} | | Acct #1; Payment #7;<br>Payment pursuant to<br>court order dated<br>11/5/14 Doc #18 | 8.33 | 1129-000 | | | 1,982.25 |
| | {12} | | Acct #1; Payment #7;<br>Payment pursuant to<br>court order dated<br>11/5/14 Doc #18 | 62.50 | 1129-000 | | | 1,982.25 |
| | {16} | | Acct #1; Payment #7;<br>Payment pursuant to<br>court order dated<br>11/5/14 Doc #18 | 83.33 | 1129-000 | | | 1,982.25 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,972.25 |
| 07/02/15 | | Kelli Hilligus | Payment pursuant to court order dated 11/5/14<br>Doc #18 | | | 291.75 | | 2,264.00 |
| | {4} | | Acct #1; Payment #8 | 6.38 | 1129-000 | | | 2,264.00 |

Subtotals :   $291.75   $10.00

{} Asset reference(s)  
Printed: 02/01/2016 01:40 PM   V.13.25

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| | | |
|---|---|---|
| **Case Number:** 14-03873-3G7 | **Trustee:** | Gregory K. Crews (290900) |
| **Case Name:** HILLIGUS, BRUCE EUGENE | **Bank Name:** | Rabobank, N.A. |
| HILLIGUS, KELLI KAYE | **Account:** | ******6066 - Checking Account |
| **Taxpayer ID #:** **-***2683 | **Blanket Bond:** | $32,583,498.00   (per case limit) |
| **Period Ending:** 02/01/16 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | {5} | | Acct #1; Payment #8     5.00 | 1129-000 | | | 2,264.00 |
| | {6} | | Acct #1; Payment #8     4.34 | 1129-000 | | | 2,264.00 |
| | {8} | | Acct #1; Payment #8     4.17 | 1129-000 | | | 2,264.00 |
| | {9} | | Acct #1; Payment #8    51.03 | 1129-000 | | | 2,264.00 |
| | {10} | | Acct #1; Payment #8    66.67 | 1129-000 | | | 2,264.00 |
| | {11} | | Acct #1; Payment #8     8.33 | 1129-000 | | | 2,264.00 |
| | {12} | | Acct #1; Payment #8    62.50 | 1129-000 | | | 2,264.00 |
| | {16} | | Acct #1; Payment #8    83.33 | 1129-000 | | | 2,264.00 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,254.00 |
| 08/21/15 | | Bruce Hilligus | Payment pursuant to court order dated 11/5/14 Doc #18 | | 291.75 | | 2,545.75 |
| | {4} | | Acct #1; Payment #9     6.38 | 1129-000 | | | 2,545.75 |
| | {5} | | Acct #1; Payment #9     5.00 | 1129-000 | | | 2,545.75 |
| | {6} | | Acct #1; Payment #9     4.34 | 1129-000 | | | 2,545.75 |
| | {8} | | Acct #1; Payment #9     4.17 | 1129-000 | | | 2,545.75 |
| | {9} | | Acct #1; Payment #9    51.03 | 1129-000 | | | 2,545.75 |
| | {10} | | Acct #1; Payment #9    66.67 | 1129-000 | | | 2,545.75 |
| | {11} | | Acct #1; Payment #9     8.33 | 1129-000 | | | 2,545.75 |
| | {12} | | Acct #1; Payment #9    62.50 | 1129-000 | | | 2,545.75 |
| | {16} | | Acct #1; Payment #9    83.33 | 1129-000 | | | 2,545.75 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,535.75 |
| 09/21/15 | | Kelli Hilligus | Payment pursuant to court order dated 11/5/14 Doc #18 | | 291.75 | | 2,827.50 |
| | {4} | | Acct #1; Payment #10    6.38 | 1129-000 | | | 2,827.50 |
| | {5} | | Acct #1; Payment #10    5.00 | 1129-000 | | | 2,827.50 |
| | {6} | | Acct #1; Payment #10    4.34 | 1129-000 | | | 2,827.50 |
| | {8} | | Acct #1; Payment #10    4.17 | 1129-000 | | | 2,827.50 |
| | {9} | | Acct #1; Payment #10   51.03 | 1129-000 | | | 2,827.50 |
| | {10} | | Acct #1; Payment #10   66.67 | 1129-000 | | | 2,827.50 |
| | {11} | | Acct #1; Payment #10    8.33 | 1129-000 | | | 2,827.50 |
| | {12} | | Acct #1; Payment #10   62.50 | 1129-000 | | | 2,827.50 |
| | {16} | | Acct #1; Payment #10   83.33 | 1129-000 | | | 2,827.50 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,817.50 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,807.50 |
| 11/02/15 | | Bruce Hilligus | Payment pursuant to court order dated 11/5/14 Doc #18 | | 291.75 | | 3,099.25 |
| | {4} | | Acct #1; Payment #11    6.38 | 1129-000 | | | 3,099.25 |

Subtotals :   $875.25   $40.00

{} Asset reference(s)                                                                                             Printed: 02/01/2016 01:40 PM    V.13.25

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 14-03873-3G7  
**Case Name:** HILLIGUS, BRUCE EUGENE  
HILLIGUS, KELLI KAYE  
**Taxpayer ID #:** **-***2683  
**Period Ending:** 02/01/16

**Trustee:** Gregory K. Crews (290900)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6066 - Checking Account  
**Blanket Bond:** $32,583,498.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | {5} | | Acct #1; Payment #11 | 5.00 | 1129-000 | | | 3,099.25 |
| | {6} | | Acct #1; Payment #11 | 4.34 | 1129-000 | | | 3,099.25 |
| | {8} | | Acct #1; Payment #11 | 4.17 | 1129-000 | | | 3,099.25 |
| | {9} | | Acct #1; Payment #11 | 51.03 | 1129-000 | | | 3,099.25 |
| | {10} | | Acct #1; Payment #11 | 66.67 | 1129-000 | | | 3,099.25 |
| | {11} | | Acct #1; Payment #11 | 8.33 | 1129-000 | | | 3,099.25 |
| | {12} | | Acct #1; Payment #11 | 62.50 | 1129-000 | | | 3,099.25 |
| | {16} | | Acct #1; Payment #11 | 83.33 | 1129-000 | | | 3,099.25 |
| 11/16/15 | | Bruce Hilligus | Payment pursuant to court order dated 11/5/14 Doc #18 | | | 291.75 | | 3,391.00 |
| | {4} | | Acct #1; Payment #12 | 6.35 | 1129-000 | | | 3,391.00 |
| | {5} | | Acct #1; Payment #12 | 5.05 | 1129-000 | | | 3,391.00 |
| | {6} | | Acct #1; Payment #12 | 4.36 | 1129-000 | | | 3,391.00 |
| | {8} | | Acct #1; Payment #12 | 4.13 | 1129-000 | | | 3,391.00 |
| | {9} | | Acct #1; Payment #12 | 50.99 | 1129-000 | | | 3,391.00 |
| | {10} | | Acct #1; Payment #12 | 66.63 | 1129-000 | | | 3,391.00 |
| | {11} | | Acct #1; Payment #12 | 8.37 | 1129-000 | | | 3,391.00 |
| | {12} | | Acct #1; Payment #12 | 62.50 | 1129-000 | | | 3,391.00 |
| | {16} | | Acct #1; Payment #12 | 83.37 | 1129-000 | | | 3,391.00 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 3,381.00 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 3,371.00 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 3,361.00 |

|  |  |  |
|---|---:|---:|
| ACCOUNT TOTALS | 3,501.00 | 140.00 | $3,361.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **3,501.00** | **140.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$3,501.00** | **$140.00** | |

{} Asset reference(s)

Printed: 02/01/2016 01:40 PM    V.13.25

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 6

| | |
|---|---|
| **Case Number:** 14-03873-3G7 | **Trustee:** Gregory K. Crews (290900) |
| **Case Name:** HILLIGUS, BRUCE EUGENE | **Bank Name:** Rabobank, N.A. |
| HILLIGUS, KELLI KAYE | **Account:** ******6066 - Checking Account |
| **Taxpayer ID #:** **-***2683 | **Blanket Bond:** $32,583,498.00  (per case limit) |
| **Period Ending:** 02/01/16 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  |  |  |
|---|---|---|
| Net Receipts : | 3,501.00 |  |
| Net Estate : | $3,501.00 |  |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******6066** | 3,501.00 | 140.00 | 3,361.00 |
| | $3,501.00 | $140.00 | $3,361.00 |

{} Asset reference(s)                                             Printed: 02/01/2016 01:40 PM    V.13.25

# Court Claims Register

**Case:  14-03873-3G7**      **HILLIGUS, BRUCE EUGENE**

Claims Bar Date:  01/10/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3P | Internal Revenue Service<br>Central Insolvency Dept.<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Priority<br>10/21/14 | <br><br>Central Insolvency Dept.<br>P.O. Box 7346<br>Philadelphia, PA 191017346<br>------------------------------------------------------------------------------* * * | $1,218.40<br>$1,218.40 | $0.00 | $1,218.40 |
|  | <5800-00   Claims of Governmental Units>,  570 | | | | | |
| 1 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured<br>10/15/14 | <br><br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 980830788<br>------------------------------------------------------------------------------* * * | $1,671.81<br>$1,671.81 | $0.00 | $1,671.81 |
|  | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 2 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured<br>10/15/14 | <br><br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 980830788<br>------------------------------------------------------------------------------* * * | $889.67<br>$889.67 | $0.00 | $889.67 |
|  | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 4 | Vystar Credit Union<br>P O Box 45085<br><br>Jacksonville, FL 32232-5085 | Unsecured<br>10/29/14 | <br>P O Box 45085<br>Jacksonville, FL 322325085<br>------------------------------------------------------------------------------* * * | $6,431.27<br>$6,431.27 | $0.00 | $6,431.27 |
|  | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 5 | Vystar Credit Union<br>P O Box 45085<br><br>Jacksonville, FL 32232-5085 | Unsecured<br>10/29/14 | <br>P O Box 45085<br>Jacksonville, FL 322325085<br>------------------------------------------------------------------------------* * * | $440.00<br>$440.00 | $0.00 | $440.00 |
|  | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 6 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured<br>12/28/14 | <br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 331311605<br>------------------------------------------------------------------------------* * * | $1,172.99<br>$1,172.99 | $0.00 | $1,172.99 |

# Court Claims Register

**Case: 14-03873-3G7**     **HILLIGUS, BRUCE EUGENE**

Claims Bar Date: 01/10/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | <7100-00 General Unsecured § 726(a)(2)>, 610 | | | | | |
| 7 | PYOD, LLC<br>c/o Resurgent Capital Services<br>Po Box 19008<br>Greenville, SC 29602 | Unsecured<br>12/31/14 | c/o Resurgent Capital Services<br>Po Box 19008<br>Greenville, SC 29602 | $492.94<br>$492.94 | $0.00 | $492.94 |
| | <7100-00 General Unsecured § 726(a)(2)>, 610 | | | | | |
| 8 | PYOD, LLC<br>c/o Resurgent Capital Services<br>Po Box 19008<br>Greenville, SC 29602 | Unsecured<br>12/31/14 | c/o Resurgent Capital Services<br>Po Box 19008<br>Greenville, SC 29602 | $738.98<br>$738.98 | $0.00 | $738.98 |
| | <7100-00 General Unsecured § 726(a)(2)>, 610 | | | | | |
| 9 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Unsecured<br>01/09/15 | c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 331311605 | $1,728.94<br>$1,728.94 | $0.00 | $1,728.94 |
| | <7100-00 General Unsecured § 726(a)(2)>, 610 | | | | | |
| 10 | Vystar Credit Union<br>PO Box 45085<br>Jacksonville, FL 32232-5085<br><7200-00 Tardy General Unsecured § 726(a)(3)>, 620 | Unsecured<br>10/16/15 | Withdrawn 2/1/16 Doc #50 | $446.99<br>$0.00 | $0.00 | $0.00 |
| 11 | Vystar Credit Union<br>PO Box 45085<br>Jacksonville, FL 32232-5085<br><7200-00 Tardy General Unsecured § 726(a)(3)>, 620 | Unsecured<br>10/16/15 | withdrawn 2/1/16 Doc #50 | $6,551.33<br>$0.00 | $0.00 | $0.00 |
| 3U | Internal Revenue Service<br>Central Insolvency Dept.<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured<br>10/21/14 | Central Insolvency Dept.<br>P.O. Box 7346<br>Philadelphia, PA 191017346 | $27.18<br>$27.18 | $0.00 | $27.18 |
| | <7300-00 Fines, Penalties § 726(a)(4)>, 630 | | | | | |

# Court Claims Register

**Case:** 14-03873-3G7          **HILLIGUS, BRUCE EUGENE**

Claims Bar Date: 01/10/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | | **Case Total:** | **$0.00** | **$14,812.18** |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 14-03873-3G7
Case Name: HILLIGUS, BRUCE EUGENE
Trustee Name: Gregory K. Crews

**Balance on hand:** $ 3,361.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 3,361.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Gregory K. Crews | 875.25 | 0.00 | 875.25 |
| Trustee, Expenses - Gregory K. Crews | 90.21 | 0.00 | 90.21 |

Total to be paid for chapter 7 administration expenses: $ 965.46
Remaining balance: $ 2,395.54

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,395.54

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,218.40 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | Internal Revenue Service | 1,218.40 | 0.00 | 1,218.40 |

Total to be paid for priority claims: $ 1,218.40
Remaining balance: $ 1,177.14

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 13,566.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 1,671.81 | 0.00 | 145.07 |
| 2 | Quantum3 Group LLC as agent for | 889.67 | 0.00 | 77.19 |
| 4 | Vystar Credit Union | 6,431.27 | 0.00 | 558.02 |
| 5 | Vystar Credit Union | 440.00 | 0.00 | 38.18 |
| 6 | Capital Recovery V, LLC | 1,172.99 | 0.00 | 101.78 |
| 7 | PYOD, LLC | 492.94 | 0.00 | 42.77 |
| 8 | PYOD, LLC | 738.98 | 0.00 | 64.12 |
| 9 | Synchrony Bank | 1,728.94 | 0.00 | 150.01 |

Total to be paid for timely general unsecured claims:  $    1,177.14
Remaining balance:  $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Vystar Credit Union | 0.00 | 0.00 | 0.00 |
| 11 | Vystar Credit Union | 0.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:  $    0.00
Remaining balance:  $    0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 27.18 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3U | Internal Revenue Service | 27.18 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**